NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TOMMY LEE JOHNSON, JR.,                )
                                       )
                Appellant,             )
                                       )
v.                                     )        Case No. 2D17-4662
                                       )
STATE OF FLORIDA,                      )
                                       )
                Appellee.              )
_____    )

Opinion filed June 15, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Debra Johnes Riva,
Judge.

Tommy Lee Johnson, Jr., pro se.

PER CURIAM.

                Affirmed.

LaROSE, C.J., and NORTHCUTT and BLACK, JJ., Concur.